# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

Jacqueline K. Becker
Miller & Associates
P. O. Box 1630
Crowley LA 70527-1630


**REHEARING ACTION: December 6, 2017**


**Docket Number: 17   00114-WCA**

**JUNIUS ROBINSON**
**VERSUS**
**CAPITAL STAFFING, ET AL.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 15-06229**


<u>**BEFORE JUDGES**</u>:

   **Hon. Marc T. Amy**
   **Hon. Elizabeth A. Pickett**
   **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Junius Robinson** has this day been

   **DENIED**


cc: Richard Stephen Vale, Counsel for the Appellant
    Eric Edward Pope, Counsel for the Appellant
    Pamela Noya Molnar, Counsel for the Appellant
    Brett W. Tweedel, Counsel for the Appellant
    Errol J. King, Jr., Counsel for the Appellee